FILED
2019 OCT 11 PM 4:03
CIVIL DISTRICT COURT

DOCKET NO: 19-10769

**CATRICE SCOTT**

**VERSUS**

**GATEWAY MORTGAGE GROUP
A DIVISION OF GATEWAY FIRST BANK**

CIVIL JUDICIAL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

SECTION 8

*********************************************************************

FILED: _____    DEPUTY CLERK: _____

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

**PETITION FOR PREDATORY LENDING FRAUD**

| | |
|---|---|
| Receipt Date | 10/11/2019 4:10:00 PM |
| Receipt Number | 784686 |
| Cashier | delaccio |
| Register | CDC Cash Register 1 |
| Case Number | 2019-10769 |
| Grand Total | $515.50 |
| Amount Received | $515.50 |
| Balance Due | $0.00 |
| Over Payment | $0.00 |

Payment/ Transaction List
Credit Card # 200749 $515.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Other Petition Information | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $25.50 | $25.50 | $0.00 |
| Exhibits (Paper) | $10.00 | $10.00 | $0.00 |

The Petition of **CATRICE SCOTT** a person of the full age of majority, domiciled in and a resident of the Parish of Orleans, State of Louisiana, having a mailing address of 3101 Behrman Hwy. New Orleans, La 70121

1.

Made Defendants herein are:

A. **GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK,** whose permanent mailing address 244 South Gateway Place Jenks OK 74037

2.

On June 25, 2010 I purchased this home for $298,000.00. The original Mortgage was $298,000.00. Exhibit A attached.

3.

In August 2016 the property located at 3101 Behrman Hwy was declared a total loss due to pipe busting upstairs. The Insurance Company paid Gateway Mortgage Group $298.000.00.


VERIFIED

Exhibit A

4.

On December 5, 2016 Gateway Mortgage receive and applied all funds from Insurance Company to my account in which they said it would be paid off and I would receive $10,000 Back.

5.

On January 11 2017 I submitted all my Contractor information to get the house fix **(The Mold was too bad for me and all my children)** Gateway refuse to release the money. I call the Insurance company: stated that Gateway put $298,000.00 insurance policy and they paid the full amount off and it dangerous live with mold.

6.

On Feb 2017 Dean Morris me and said they were proceeding with Foreclosure. I explain the House had been paid off and Dean Morris sent me a new pay off higher than the original Mortgage. Exhibit B attached.

7.

On July 2018 my house flooded down stairs and I received another check for $36,000. The total amount Gateway receive from all proceeds is $334,086.23. Whenever I have contacted Gateway they give me a run around. They never give me the payoff I requested. They always assure me that it will be paid off

8.

Gateway has place me in a bad situation for 3 years. They have ruin my credit. I lost my Business. (Could not get a line of credit) I could not refinance my property are get me a place to stay. Due to bad credit. (Gateway keep reporting none payment to the credit bureau) Catrice Scott and her kids have been sleeping with different relatives. This has been mentally exhausting.

Consequently, Gateway has been paid in full for this mortgage. Gateway continue to have their Attorney to harass me and rack up fees on my property knowing they have been paid for over 3 years ago. Gateway keep trying to foreclose on my property with all the money they have received. I been living in a mold infestation home for 3 year I lost my job do to the **Mold** all of my children been sick we can sleep there more than 4 days without getting sick.

FILED
2019 OCT 11 PM 4:03
CIVIL DISTRICT COURT

RESPECTFULL SUBMITTED:

CATRICE SCOTT
3101 Behrman Hwy.
New Orleans, La 70121
(504)269-7111

**Please Serve:**

**GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK,**
whose permanent mailing address 244 South Gateway Place Jenks OK 74037

### ORDER

Considering the abovementioned situation, it is order that 3101 Behrman Hwy New Orleans La 70114 mortgage be cancel.

Thus done and ordered on this _____ day of _____, 2019.

_____
JUDGE, CIVIL DISTRICT COURT

### ORDER

Considering the abovementioned situation, it is order that **GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK** return all remaining funds in the amount of $_____, be return to Catrice Scott.

Thus done and ordered on the _____ day of _____, 2019.

_____
JUDGE, CIVIL DISTRICT COURT



FILED

2019 OCT 11 PM 4:03

CIVIL
DISTRICT COURT

Delta Title Corporation
3601 N. I-10 Service Rd. W.
Metairie, LA 70002

## CASH SALE
80165

BY:   Kendra Crawford Neville

TO:   Catrice Dionne Scott

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, **the undersigned**, Notary Public, duly commissioned and qualified in and for the State and Parish aforesaid, and in the presence of the competent witnesses hereinafter named and undersigned,

PERSONALLY CAME AND APPEARED:

**Kendra Crawford Neville, a person of the full age of majority, resident of and domiciled in the Parish of Orleans, State of Louisiana, who declared unto me, Notary that she has been married but twice, first to Antoine Neville from whom she divorced; second to Assane Diouf with whom she is presently living and residing..**

Mailing Address:   348 Vallette Street
New Orleans, LA 70114

who declared that in consideration of the price and sum of **Two Hundred Ninety Eight Thousand and 00/100 Dollars ($298,000.00)**, cash in hand paid, the receipt whereof is hereby acknowledged, and good acquittance and discharge therefor given, vendor does by these presents, grant, bargain, sell, convey, assign, set over and deliver to

**Catrice Dionne Scott, a person of the full age of majority, resident of and domiciled in the Parish of Orleans, State of Louisiana, who declared unto me, Notary that she has been married but once and then to Torrey Lewis from whom she divorced and she has not since remarried.**

Mailing Address:   3101 Behrman Highway
New Orleans LA 70114

here present, accepting and purchasing for herself, her heirs, successors, and assigns all and singular, the following described property, situated in the Parish of Orleans, State of Louisiana, to-wit:

> **ONE CERTAIN LOT OF GROUND**, together with all the buildings and improvements thereon situated in the **FIFTH DISTRICT OF THE CITY OF NEW ORLEANS**, in **SQUARE 84** thereof, bounded by Behrman Highway, Nevada Street, Elmwood Park Drive and Oregon Street, designated as **LOT 20-A**, on the plan of resubdivision made by Dufrene Surveying, dated March 10, 2004, registered in CIN 283608, according to which said lot forms the corner of Behrman Highway and Nevada Street, and measures 120.75 feet front on Behrman Highway, the same width in the rear, by a depth and front on Nevada Street of 120 feet, by a depth on the opposite sideline of 120 feet, between equal and parallel lines. Said Lot 20-A is composed of original Lots 19,20,21 and 22.
>
> **The improvements thereon bear the Municipal No. 3101 Behrman Highway, New Orleans, Louisiana 70114.**
>
> Being the same property acquired by Kendra Crawford Neville and Jerlin Woodword, Jr., by act, dated July 10, 2003 and recorded as CIN 263451 and pursuant to act of



correction, dated August 13, 2003 and recorded as CIN 264475. Being further acquired by Kendra Crawford Neville by act, dated June 16, 2003 and recorded as CIN 272921 and further acquired by Kendra Crawford Neville by act, dated March 9, 2004 and recorded as CIN 278717, Orleans Parish, Louisiana.

**THE PARTIES TO THIS ACT TAKE COGNIZANCE OF THE FOLLOWING:**

Variation in location of lines or dimensions or deficiencies in quantity of ground or any other problem, which may be disclosed by a current survey.

**Mention of the foregoing is made for informational purposes only and shall not constitute a reestablishment or recreations of any rights or obligations thereunder.**

The parties hereto take cognizance of the fact that no survey has been ordered or requested on the described property and hereby relieve and release me, Notary, from any liability in connection therewith.

Seller makes no warranties, either expressed or implied, as to the condition of the property. Purchaser accepts the property in its "AS IS" condition and Seller's responsibility for the condition of the property is relieved at closing.

Purchaser hereby acknowledges and recognizes that this is a sale of property in its "AS IS" condition, and accordingly, Purchaser hereby relieves and releases Seller and all previous owners from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for reduction of the purchase price pursuant to Louisiana Civil Code Articles 2541, et seq. Purchaser acknowledges that Louisiana redhibition law enables the Purchaser to hold the Seller responsible for any unknown defects in the property existing on the act of sale date, and that Purchaser is hereby waiving that right.

We have read, understand and agree to be bound by the above waiver of warranty.

*/s/ Catrice Dionne Scott*
Catrice Dionne Scott

TO HAVE AND TO HOLD the above-described property together with all improvements and appurtenances thereto belonging unto said vendee, her heirs, successors and assigns, in full ownership of property forever, free from any lien, mortgage, privilege or encumbrance whatsoever, with full and general warranty of title, and with full substitution and subrogation to all rights of warranty and other rights held by said vendor.

Any mortgage, conveyance and tax research certificates which may be required by law are hereby waived by the parties hereto, who covenant to hold me, Notary, harmless from non-production thereof.

All taxes on the above-described property for the three years preceding passage of this act of sale have been paid, and the parties agree that the taxes for the current year have been prorated.

THUS DONE, READ AND PASSED at my office in New Orleans, State of Louisiana, on the **25th day of June, 2010**, in the presence of the two undersigned competent witnesses who hereunto sign their names together with said appearers and me, Notary.

WITNESSES:

_____
Signature

Sadat M Spencer
Print Name

_____
Signature

Sigrid Bouege
Print Name

_____
Kendra Crawford Neville

_____
Catrice Dionne Scott

_____
NOTARY PUBLIC
My Commission Expires: At Death

Bar Roll/Notary No.: _____

*Return to:*
Delta Title Corporation
3601 North I-10 Service Road West
Metairie LA 70002

CAROLYN LALLA BAILEY / NO. 28487
ATTORNEY / NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

Cash Sale With Warranty
Delta Title Corporation File # 80165

Page 3 of 3

FILED

2019 OCT 11 PM 4: 04

CIVIL
DISTRICT COURT

## DEAN MORRIS, L.L.C.
ATTORNEYS AT LAW

JOHN C. MORRIS, III [†]
CANDACE A. COURTEAU [†]
EMILY K. COURTEAU [†*]
MICHAEL A. JEDYNAK [†*]
JASON R. SMITH [†]
ASHLEY E. MORRIS [†]
LOGAN MASSEY [†]
[†] Admitted in Louisiana
[*] Admitted in Mississippi

*LOUISIANA DIVISION*
1505 North 19th Street, Monroe, LA 71201
Phone: 318.388.1440  Facsimile: 318.322.0887

*MISSISSIPPI DIVISION*
2309 Oliver Road, Monroe, LA 71201
855 S. Pear Orchard Rd, Ste 404 Bldg 400, Ridgeland
MS 39157
Phone: 318.330.9020  Facsimile: 318.340.7600

OF COUNSEL:
WOOD T. SPARKS
GEORGE B. DEAN, JR.

January 27, 2017

SCOTT, CATRICE
3101 BEHRMAN HWY
NEW ORLEANS, LA 70114

Enclosed is the payoff you requested from your lender.

If you have any questions, please contact **DEAN MORRIS, L.L.C.** at (318) 388-1440.

This is an attempt to collect a debt and any information obtained will be used for this purpose.

PAYOFF STATEMENT

**FILED**

Date: January 27, 2017

**2019 OCT 11 PM 4: 04**

Re:  SCOTT, CATRICE
3101 BEHRMAN HWY
NEW ORLEANS, LA 70114
DM File # F16-1915
Loan No.:

**CIVIL DISTRICT COURT**

The Lender reserves the right to demand additional funds to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical, or otherwise, and to reflect any transactions that may occur on or subsequent to the date of this payoff statement. THE FORECLOSURE PROCESS **WILL CONTINUE** UNTIL THE **FUNDS ARE RECEIVED** BY DEAN MORRIS, L.L.C.  **THE TOTAL AMOUNT TO PAYOFF SHOWN BELOW IS NOT VALID PAST THE GOOD THROUGH DATE LISTED BELOW AND ANY FUNDS RECEIVED AFTER THIS DATE MAY NOT BE ACCEPTED.**

| (Good through 02/01/17) | |
| --- | --- |
| Principal Balance | $301,685.03 |
| Interest | 18,698.13 |
| Late Charges | 1,951.53 |
| Escrow Deficit | 6,935.07 |
| Property Inspections | 660.00 |
| Appraisal/BPO | 150.00 |
| Credit | -7.94 |
| *Foreclosure Costs and Expenses, including Attorney's Fees | 13,960.79 |
| Total | $344,032.61 |

*This amount includes advanced deposits that have been paid to the clerk and sheriff as required by law. Following final reconciliation of your mortgage loan account, if the amount of the foreclosure costs and expenses, exceeds the amount paid by your lender, such amount will be refunded to you or applied to your mortgage loan account by the lender.

PAYMENT MUST BE MADE WITH **CERTIFIED FUNDS ONLY** (cashiers check or money orders) IN THE **FULL AMOUNT** made payable to Dean Morris, L.L.C. **NO PERSONAL CHECKS**, PERSONAL CHECKS WILL BE RETURNED.

**Your mortgage loan is in default, has been referred to us for foreclosure and a lawsuit has been or will be filed against you by your lender to enforce the mortgage loan by seizure and sale of your subject property ("foreclosure litigation"). You are hereby advised and urged to contact legal counsel of your choice to advise you concerning your legal rights in this foreclosure litigation.**

FILED
2019 OCT 11 PM 4:03
CIVIL DISTRICT COURT

RESPECTFULL SUBMITTED:

**CATRICE SCOTT**
3101 Behrman Hwy.
New Orleans, La 70121
(504)269-7111

**Please Serve:**

**GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK,**
whose permanent mailing address 244 South Gateway Place Jenks OK 74037

**ORDER**

Considering the abovementioned situation, it is order that 3101 Behrman Hwy New Orleans La 70114 mortgage be cancel.

*Denied Improper Procedure*

Thus done and ordered on this ___15___ day of ___October___, 2019.

**JUDGE, CIVIL DISTRICT COURT**
ETHEL SIMMS JULIEN
JUDGE
Division "N"

**ORDER**

Considering the abovementioned situation, it is order that **GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK** return all remaining funds in the amount of $_____, be return to Catrice Scott.

*Denied Improper Procedure*

Thus done and ordered on the ___15___ day of ___October___, 2019.

RECEIVED
OCT 15 2019
DIVISION "N"

**JUDGE, CIVIL DISTRICT COURT**
ETHEL SIMMS JULIEN
JUDGE
Division "N"

VERIFIED 10.15.19

Ms Scott received a copy of this **VERIFIED**

ATTORNEY'S NAME: In Proper Person, 90001
AND ADDRESS: , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-10769     DIVISION: N     SECTION: 08

SCOTT, CATRICE

Versus

**GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK**

**CITATION - LONG ARM**

TO:     GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK

THROUGH:     THE LOUISIANA LONG ARM STATUTE

244 SOUTH GATEWAY PLACE, JENKS, OK 74037

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR PREDATORY LENDING FRAUD

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 15, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Brandon Johnson, Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within PETITION FOR PREDATORY LENDING FRAUD ON GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK THROUGH: THE LOUISIANA LONG ARM STATUTE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED / _____ PAPER  RETURN ____/____ /____ SERIAL NO. DEPUTY PARISH | On this ___ day of _____ served a copy of the within PETITION FOR PREDATORY LENDING FRAUD ON GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10320647     Page 1 of 1

ATTORNEY'S NAME:   In Proper Person,  90001
AND ADDRESS:        , ,

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-10769 | DIVISION: N | SECTION: 08 |
|---|---|---|

**SCOTT, CATRICE**

Versus

**GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK**

### CITATION - LONG ARM

TO:        GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK
THROUGH:   THE LOUISIANA LONG ARM STATUTE
           244 SOUTH GATEWAY PLACE, JENKS, OK 74037

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR PREDATORY LENDING FRAUD
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 15, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Brandon Johnson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within **PETITION FOR PREDATORY LENDING FRAUD** ON GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK THROUGH: THE LOUISIANA LONG ARM STATUTE Returned the same day No. ___ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN ___/___/___ SERIAL NO.   DEPUTY   PARISH | On this ___ day of _____ served a copy of the within **PETITION FOR PREDATORY LENDING FRAUD** ON GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GATEWAY MORTGAGE GROUP, A DIVISION OF GATEWAY FIRST BANK being absent from the domicile at time of said service. Returned the same day No. ___ Deputy Sheriff of _____ |

ID: 10320647                              Page 1 of 1