UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATRICE SCOTT | CIVIL ACTION |
| VERSUS | NO. 19-13358 |
| GATEWAY MORTGAGE GROUP A DIVISION OF GATEWAY FIRST BANK | SECTION: M (3) |

## ORDER & REASONS

On January 17, 2020, defendant Gateway First Bank ("Gateway") filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim, or alternatively, a motion for a more definite statement under Rule 12(e) of the Federal Rules of Civil Procedure.[1] The motion was set for submission on February 13, 2020.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion must be filed no later than eight days before the noticed submission date, which in this case was February 5, 2020. The Court notes that plaintiff Catrice Scott is proceeding *pro se*. Although the Court construes *pro se* filing liberally, *pro se* parties are still required to "abide by the rules that govern the federal courts." *E.E.O.C. v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014). Scott has not filed a memorandum in opposition to the aforementioned motion.

Accordingly, because the motion to dismiss is unopposed, and it appearing to the Court that the motion has merit,[3]

---

[1] R. Doc. 8.
[2] R. Doc. 9.
[3] Scott appears to allege that Gateway mishandled homeowners insurance proceeds. However, the complaint is vague and contradictory, and fails to identify, with any context, the claims it purports to assert or the relationship between the parties. Although the complaint is titled "Petition for Predatory Lending Fraud," it does not contain any references to predatory lending practices or fraud, and there are no allegations explaining how Gateway allegedly ruined Scott's credit or caused her to suffer a lack of housing or lost business. In sum, the complaint does not comply with Rule 8(a) of the Federal Rules of Civil Procedure which requires a short, plain statement of the claim showing that the plaintiff is entitled to relief and a demand for the relief sought.

IT IS ORDERED that Gateway's motion to dismiss is GRANTED as unopposed, and the complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 13th day of February, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE